**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VICTOR SEQUEIDA, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>KESTLER DIGITAL PRINTING, INC. AND MARIO KESTLER, individually, Defendants. | Case No. 15-cv-2911<br>Judge Tharp |

**STIPULATION TO DISMISS**

Plaintiff, Victor Sequeida, by his attorneys, and Defendants, Kestler Digital Printing, Inc. and Mario Kestler, individually, through their attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss his action in its entirety *without prejudice* and without costs or attorneys fees pursuant to settlement, except as otherwise provided for by the parties' agreement. On *May 31, 2017*, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal *with prejudice*.

Respectfully submitted,

| | |
|---|---|
| **s/ Susan J. Best**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646<br>312-445-9662<br>sbest@yourclg.com | **s/ Mario E. Utreras**<br>Utreras Law Offices, Inc.<br>333 N. Michigan Ave., Suite 1815<br>Chicago, IL 60601<br>312-263-5580<br>mutreras@utreraslaw.com |